**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

Dated: August 12, 2026

| | |
|---|---|
| YOANYS QUINTANA-TORRES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )    Case No. CIV-26-932-D |
| | ) |
| ROBERT CERNA, et al., | ) |
| | ) |
| Respondents. | ) |

ENTER ORDER:

On July 6, 2026, United States Magistrate Judge Chris M. Stephens filed a Report and Recommendation [Doc. No. 16], recommending the Court deny the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241. [Doc. No. 1]. Neither party objected to the Report. Instead, on July 16, 2026, Petitioner filed Petitioner's Motion to Voluntarily Dismiss Without Prejudice [Doc. No. 17], notifying the Court that Respondents agree to a voluntary dismissal with prejudice. That same day, Petitioner filed an amended motion to dismiss [Doc. No. 18], this time representing to the Court that Respondents oppose the motion. Respondents did not file a response to either motion. On August 6, 2026, Respondents filed a status report informing the Court that an Immigration Judge held an individual hearing on Petitioner's application for immigration relief on July 2, 2026. Respondents are directed to file a status report notifying the Court as to its position regarding Petitioner's pending motions to dismiss on or before August 21, 2026.

THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE TIMOTHY D. DeGIUSTI.

*Joan Kane, Clerk*

**By:**    */s/ Jane Eagleston*
**Deputy Clerk**

*Copies to all parties of record*