**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| YOANYS QUINTANA-TORRES,<br><br>Petitioner,<br><br>v.<br><br>ROBERT CERNA, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-932-D |

**ORDER**

Before the Court is Petitioner Yoanys Quintana-Torres' Motion to Voluntarily Dismiss without Prejudice [Doc. No. 17] and Amended Motion to Voluntarily Dismiss without Prejudice [Doc. No. 18]. Respondents do not oppose Petitioner's request. [Doc. No. 22]. Upon consideration, Petitioner's motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Court declines to adopt the Report and Recommendation [Doc. No. 16] as it is **MOOT**.

**IT IS SO ORDERED** this 23rd day of November, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE